UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             Criminal No. 1:19-MJ-145

LUIS CABAN,

    Defendant.

## APPOINTMENT ORDER

The above-named defendant, having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is **ORDERED**, Assistant Federal Public Defender, Beth Gross, of 230 West Pike Street, Huntington Bank, Ste. 360, Clarksburg, West Virginia 26301, Telephone No. (304) 622-3823, is hereby **APPOINTED** to represent the defendant in this action.

The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: October 17, 2019

 

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE